JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 504 -- In re Rely Tampon Products Liability Litigation (No. II)

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/04/05 | 1 | MOTION/BRIEF/SCHEDULE TO TRANSFER -- Plaintiffs A-1 thru A-12 w/Exhibits A & B and cert. of svc. SUGGESTED TRANSFEREE DISTRICT: District of Colorado SUGGESTED TRANSFEREE JUDGE: Hon. Sherman G. Finesilver(ds) REFER TO MDL-497 CLOSED 3/9/82 |
| 82/04/08 | 2 | REQUEST FOR EXTENSION OF TIME -- Deft. Procter & Gamble. GRANTED to Procter & Gamble to & including May 5, 1982. (ds) |
| 82/04/15 | | APPEARANCES -- FRANK C. WOODSIDE, III, ESQ. for The Procter & Gamble Co. and The Procter & Gamble Distributing Co.; PAUL F. BENNETT, ESQ. for Connie Lee Hull, Carol A. Thompson, et al., Paula Doucette, Vicki Alley, Karla K. Easton, et al., Stacy E. Wolf, Marilyn Douglas, et al., Marilyn Hilliar, Michelle Philbrick, Cindy Malmstrom, Mary Jane Ogle, and Teresa Campshure    (ds) |
| 82/05/04 | 3 | MEMORANDUM -- defts. The Procter & Gamble Co., The Procter & Gamble Distributing Co. and The Procter & Gamble Paper Products Co. w/Exhibits A thru E and cert. of svc. (ds) |
| 82/05/13 | 4 | REPLY -- pltfs. Thompson w/cert. of svc. (ds) |
| 82/07/07 | | ORDER DENYING TRANSER OF LITIGATION pursuant to 28 U.S.C. §1407. Notified involved clerks, judges and counsel (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 504 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE RELY TAMPON PRODUCTS LIABILITY LITIGATION (NO. II)

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/24/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/7/82 | MO DENIED | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 7/7/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 504 -- In re Rely Tampon Products Liability Litigation (No. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Connie Lee Hull v. The Procter & Gamble Co. | D.Arizona Richey | CIV 82-056 TUC MAR | | | | 7/7/82 Denied |
| A-2 | Carol A. Thompson, et al. v. The Procter & Gamble Co. | N.D.Cal. Lynch | C-80-3711 EEL | | | | |
| A-3 | Paula Doucette v. The Procter & Gamble Co. | D.Conn. Clarie | H-81-406 | | | | |
| A-4 | Vicki Alley v. The Procter & Gamble Distributing Co. | S.D.Fla. Gonzales | 81-8398-CIV-JAG | | | | |
| A-5 | Karla K. Easton, et al. v. The Procter & Gamble Co., et al. | D.Montana Smith | CV-81-123-M | | | | |
| A-6 | Stacy E. Wolf v. The Procter & Gamble Co. | D.N.J. Whipple | 82-130 | | | | |
| A-7 | Marilyn Douglas, et al. v. The Procter & Gamble Co. | E.D.Pa. Becker | 81-2425 | | | | |
| A-8 | Marilyn Hilliard v. The Procter & Gamble Co. | E.D.Pa. Becker | 81-3843 | | | | |
| A-9 | Michelle Philbrick v. The Procter & Gamble Co. | D.S.Dak. Jones | 81-4200 | | | | |
| A-10 | Cindy Malmstrom v. The Procter & Gamble Co. | D.Utah Christensen | C-81-0461-C | | | | |
| A-11 | Mary Jane Ogle v. The Procter & Gamble Co. | D.Utah Winder | C-81-0546-W | | | | |
| A-12 | Teresa Campshure v. The Procter & Gamble Co. | E.D.Wisc. Reynolds | 81-C-1060 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 504 -- In re Rely Tampon Products Liability Litigation (No. II)

---

THE PROCTER & GAMBLE CO.
THE PROCTER & GAMBLE DISTRIBUTING CO.
Frank C. Woodside, III, Esquire
Dinsmore & Shohl
2100 Fountain Square Plaza
511 Walnut Street
Cincinnati, Ohio 45202

CONNIE LEE HULL (A-1)
CAROL A. THOMPSON, ET AL. (A-2)
PAULA DOUCETTE (A-3)
VICKI ALLEY (A-4)
KARLA K. EASTON, ET AL. (A-5)
STACY E. WOLF (A-6)
MARILYN DOUGLAS, ET AL. (A-7)
MARILYN HILLIAR (A-8)
MICHELLE PHILBRICK (A-9)
CINDY MALMSTROM (A-10)
MARY JANE OGLE (A-11)
TERESA CAMPSHURE (A-12)
Paul F. Bennett, Esquire
120 Montgomery Street
Suite 650
San Francisco, California 94104

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 504 -- In re Rely Tampon Products Liability Litigation (No. II)

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Procter & Gamble Co. | A-1, 2, 3, 6, 7, 8, 9, 10, 11, 12 |
| The Procter & Gamble Distributing Co. | A-4, A-5 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

p. 1