JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL -7 1982

PATRICIA D. HOWARD
CLERK OF THE PANEL

7/7/82

DOCKET NO. 504

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE RELY TAMPON PRODUCTS LIABILITY LITIGATION (NO. II)

ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to
28 U.S.C. §1407, brought by plaintiffs in the twelve actions
listed on the attached Schedule A, for transfer of these
twelve actions to the District of Colorado for coordinated
or consolidated pretrial proceedings.

The instant motion, because it bears a close relation
to matters already considered by the Panel in MDL-497, In
re Rely Tampon Products Liability Litigation, is deemed
a motion to reconsider the Panel decision, issued in an order filed
March 9, 1982, denying transfer in MDL-497.  The Panel has
fully considered this motion on the basis of the papers
submitted,[1] and the Panel finds that movants have presented
no new grounds justifying reconsideration of our order denying
transfer in MDL-497.

IT IS THEREFORE ORDERED that the motion for transfer
pursuant to 28 U.S.C. §1407 be, and the same hereby is,
DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

1/   The Panel has deemed this motion submitted on the basis
of the papers filed.  See Rule 13(b), R.P.J.P.M.L., 89 F.R.D.
273, 282 (1981).

## SCHEDULE A

MDL-504 -- In re Rely Tampon Products Liability Litigation (No. II)

District of Arizona
Connie Lee Hull v. The Procter & Gamble Co.,
   C.A. No. Civ 82-056-Tuc-MAR
      Northern District of California
Carol A. Thompson, et al. v. The Procter & Gamble Co.,
   C.A. No. C80-3711-EEL
      District of Connecticut
Paula Doucette v. The Procter & Gamble Co.,
   C.A. No H-81-406
      Southern District of Florida
Vicki Alley v. The Procter & Gamble Distributing Co.,
   C.A. No. 81-8398-Civ-JAG
      District of Montana
Karla K. Easton, et al. v. The Procter & Gamble Co., et al.,
   C.A. No. CV-81-123-M
      District of New Jersey
Stacy E. Wolf v. The Procter & Gamble Co.,
   C.A. No. 82-130
      Eastern District of Pennsylvania
Marilyn Douglas, et al. v. The Procter & Gamble Co.,
   C.A. No. 81-2425
Marilyn Hilliard v. Procter & Gamble Co.,
   C.A. No. 81-3843
      District of South Dakota
Michelle Philbrick v. The Procter & Gamble Co.,
   C.A. No. 81-4200
      District of Utah
Cindy Malmstrom the The Procter & Gamble Co.,
   C.A. No. C-81-461-C
Mary Jane Ogle v. The Procter & Gamble Co.,
   C.A. No. C-81-0546-W
      Eastern District of Wisconsin
Teresa Campshure v. The Procter & Gamble Co.,
   C.A. No. 81-C-1060